**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:   Docket Number   2022-CU-0136

Lacy Lamartina

- - Versus - -

Dustin Thomas

17th Judicial District Court
Case #: 134144
Lafourche Parish

On Application for Rehearing filed on   05/05/2022 by Dustin Thomas

Rehearing _____

_____
Page   McClendon

_____
Jewel E."Duke" Welch Jr.

_____
Mitchell R. Theriot

Date   **MAY 1 7 2022**
_____

_____
Rodd Naquin, Clerk